```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         06-cr-198-01-JD

<u>Christopher Hachey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                               /s/Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date: January 22, 2007

cc: Frederick Busconi, Esq.
    Joseph Laplante, AUSA
    U.S. Marshal
    U.S. Probation